UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Date: July 8, 2026

Case No.   **CV 26-6149-MWF, CV 26-6150-MWF, CV 26-6155-MWF, CV 26-6157-MWF**

Title      ***In Re Alexey Ott, Debtor***

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE CONSOLIDATION OF CASES**

On May 28, 2026, Debtor Alexey Ott filed a Notice of Appeal. The first action was assigned case number CV 26-6149-MWF (the "6149 case"). Two other cases were filed by Debtor Alexey Ott, opened that same day and assigned case numbers CV 26-6150 (the "6150 case") and CV 26-6155 (the "6155 case"). On June 5, 2026, Debtor Alexey Ott filed a fourth case, and that action was assigned case number CV 26-6157 (the "6157 case").

On July 8, 2026, the 6150, 6155, and 6157 cases were transferred to this Court as related to the 6149 case. *See* Orders Re Transfer in 6150 case (Docket No. 16), 6155 case (Docket No. 13), and 6157 case (Docket No. 17). All four cases are now assigned to this Court, and the correct case numbers all have the "MWF" suffix to reflect that assignment.

The Court now **ORDERS** the parties to **SHOW CAUSE** by filing a Joint Statement in the 6149 case as to why these actions should not be consolidated under CV 26-6149-MWF. The Court requests counsel for Appellee Canyon View Limited, after conferring with Debtor/Appellant, to prepare and file the Joint Statement no later than **JULY 31, 2026**.

IT IS SO ORDERED.